IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORRAINE MCCORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-14-208 |
| | § | |
| CAROLYN COLVIN, ACTING | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation and the objections filed thereto, the court is of the opinion that the Memorandum and Recommendation should be adopted by this court.

The Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, this 29th day of January, 2015.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE